UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:    HON. THOMAS J. AQUILINO, JR., SENIOR JUDGE

|  |  |
|---|---|
| FUNAI ELECTRIC CO., LTD., </br></br>and </br></br>FUNAI CORPORATION, INC., </br></br>                    Plaintiffs, </br></br>            v. </br></br>UNITED STATES, </br></br>and </br></br>UNITED STATES BUREAU OF </br>CUSTOMS AND BORDER </br>PROTECTION, </br></br>                    Defendant. | Court No. 09-00374 |

## ORDER

Upon consideration of defendant's motion (i) seeking leave to refile its briefs in order to replace the name of the Assistant Attorney General of the Civil Division with that of the Deputy Assistant Attorney General of the Civil Division, in light of the Assistant Attorney General's recusal from this matter; and (ii) respectfully requesting that this Court refile its October 6, 2009 Opinion and Order to reflect such changes; all responses thereto; and all other papers and proceedings herein; and upon due deliberation; it is hereby

ORDERED that defendant's motion is granted.

_____
THOMAS J. AQUILINO, JR., SENIOR JUDGE

Dated: _____, 2009

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:    HON. THOMAS J. AQUILINO, JR., SENIOR JUDGE

| | |
|---|---|
| FUNAI ELECTRIC CO., LTD., <br><br> and <br><br> FUNAI CORPORATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> and <br><br> UNITED STATES BUREAU OF CUSTOMS AND BORDER PROTECTION, <br><br> Defendant. | Court No. 09-00374 |

## DEFENDANT'S MOTION FOR LEAVE TO REFILE ITS BRIEFS TO REFLECT THE RECUSAL OF THE ASSISTANT ATTORNEY GENERAL

Pursuant to Rule 7 of the Rules of this Court, defendant, the United States, respectfully (i) seeks leave to refile its briefs so as to replace the name of the Assistant Attorney General of the Civil Division with that of the Deputy Assistant Attorney General of the Civil Division, in light of the Assistant Attorney General's recusal from this matter; and (ii) requests that this Court refile its October 6, 2009 Opinion and Order to reflect such changes.

During the expedited proceedings in this matter, our briefs included the name of Tony West, the Assistant Attorney General of the Civil Division. Mr. West was a former partner with the San Francisco Office of Morrison & Foerster LLP, one of the law firms representing

plaintiffs in this matter. Upon assuming the position of Assistant Attorney General for the Civil Division, Mr. West recused himself from any case involving Morrison & Foerster LLP, and has had no involvement in this case. In light of Mr. West's recusal, his name should not have appeared on our briefs. As a result of the expedited nature of these proceedings, we inadvertently overlooked the need to omit his name from our briefs. Accordingly, we seek leave to refile our briefs in this matter so as to remove Mr. West's name.

To date in these proceedings, the filings bearing Mr. West's name are as follows: (1) the United States' motion to dismiss and its memorandum in support of its motion to dismiss and response to plaintiff's motion for a preliminary injunction, both of which appear, along with a proposed order, at docket number 34; and (2) defendant's motion to strike, which appears at docket number 48. We have appended updated versions of these submissions (attached hereto as Defendant's Exhibit 1 and Defendant's Exhibit 2, respectively), which solely replace the name of Mr. West with the name of the Deputy Assistant Attorney General for the Civil Division, Michael F. Hertz. We respectfully request that the Court replace these submissions with those previously filed to ensure that Mr. West's recusal is reflected in all aspects of this case.

For the same reasons, we further respectfully request that the Court refile its October 6, 2009 Opinion and Order so as to replace the name of Mr. West with that of Mr. Hertz.

We regret any inconvenience these requests have caused the Court.

For these reasons, defendant respectfully requests that this Court grant its motion for leave to refile its briefs, and that the Court refile its October 6, 2009 Opinion and Order to replace the name of Mr. West with that of Mr. Hertz.

                        Respectfully submitted,

                        MICHAEL F. HERTZ
                        Deputy Assistant Attorney General

                        JEANNE E. DAVIDSON
                        Director

                        /s/Franklin E. White, Jr.
                        FRANKLIN E. WHITE, JR.
                        Assistant Director

| | |
|---|---|
| OF COUNSEL<br>MICHAEL W. HEYDRICH<br>Office of the Assistant Chief Counsel<br>International Trade Litigation<br>U.S. Customs and Border Protection<br>New York, New York | /s/Antonia R. Soares<br>ANTONIA R. SOARES<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>1100 L St., N.W., Room 12074<br>ATTN: Classification Unit, 8th Floor<br>Washington, D.C. 20530<br>Telephone: (202) 305-7405<br>Facsimile: (202) 514-8624<br><br>/s/ Amy M. Rubin<br>AMY M. RUBIN<br>Senior Trial Counsel<br>Civil Division, Dept. of Justice<br>Commercial Litigation Branch<br>International Trade Field Office<br>26 Federal Plaza - Room 346<br>New York, New York 10278<br>Telephone: (212) 264-9230 or 9237 |
| October 7, 2009 | Attorneys for Defendant |

                        3

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 7th day of October, 2009, I caused to be placed in the United States mail (first-class, postage prepaid) copies of a "PROPOSED ORDER" and "DEFENDANT'S MOTION FOR LEAVE TO REFILE ITS BRIEFS TO REFLECT THE RECUSAL OF THE ASSISTANT ATTORNEY GENERAL" addressed as follows:

> Karl J. Kramer
> Morrison & Foerster LLP
> 755 Page Mill Road
> Palo Alto, CA 94304
>
> G. Brian Busey
> Teresa M. Summers
> Morrison & Foerster LLP
> 2000 Pennsylvania Ave., NW, Suite 5500
> Washington, DC 20006
>
> Harold M. Grunfeld
> Frances P. Hadfield
> Grunfeld, Desiderio, Lebowitz,
>     Silverman & Klestadt LLP
> 399 Park Ave., 25th Floor
> New York, NY 10022

_____s/Antonia R. Soares_____